# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 02-1638

_____

| | | |
|---|---|---|
| Darlene Steel, as Parent Guardian of T.J. Steel and Cody Steel; Gretha Richardson, as Parent of Chanaka Richardson and Chrystyna Richardson; Glenn Richardson, as Parent of Chanaka Richardson and Chrystyna Richardson; Valerie McCoy, as Parent of Anika McCoy, Shalonda McCoy, C.J. McCoy and Isaac McCoy; Leonard McCoy, as Parent of Anika McCoy, Shalonda McCoy, C.J. McCoy and Isaac McCoy, | * * * * * * * * * * * * * | |
| | * | Appeal from the United States |
| | * | District Court for the Western |
| Plaintiffs-Appellants, | * | District of Arkansas. |
| | * | |
| v. | * | [UNPUBLISHED] |
| | * | |
| Alma Public School District; Charlie Dyer, in His Individual and Official Capacity as Principal of the Alma School District; Nancy Hawkins, in Her Official Capacity as a School Board Member; Charles Baker, in His Official Capacity as a School Board Member; Richard Craft, in His Official Capacity as a School Board Member; Ron Haught, in His Official Capacity as a School Board Member; Mike Higgins, in His Official Capacity as a School Board Member; Paul Winborn, in His Official Capacity as a School Board Member; Randy Coleman, in His | * * * * * * * * * * * * * * * * * | |

Official Capacity as a School Board  *
Member; Terry Fimple, in His Official  *
Capacity as a School Board Member;  *
Arkansas Department of Education;  *
Raymond Simon, in His Official  *
Capacity as Director of the Arkansas  *
Department of Education,  *
   *
        Defendants-Appellees.  *

_____

Submitted:  November 7, 2002
Filed:  November 29. 2002
_____

Before MURPHY and MELLOY, Circuit Judges, and FRANK,[1] District Judge.
_____

PER CURIAM.

Plaintiffs brought this action pursuant to Title VI, Title IX, 42 U.S.C. § 1983, and the Arkansas Civil Rights Act, asserting that the defendants permitted a racially hostile environment to exist in the Alma public schools which made it impossible for minority students to receive a quality education.  After many of the claims had been dismissed, including all those under Title IX, defendants moved for summary judgment on the remainder.  The district court[2] granted the motion and dismissed the complaint with prejudice.  The district court noted that plaintiffs had produced evidence of racial hostility on the part of some students in certain incidents, but it concluded that plaintiffs had not made out a case of liability against these defendants.

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, sitting by designation.

[2]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

-2-

Plaintiffs appeal, arguing that summary judgment was inappropriate because there were genuine issues of material fact. After thoroughly reviewing the record, we conclude the district court committed no error of law and affirm on the basis of its opinion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.